UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                   Case No. 1:08-CR-230

v.                                                   Hon. Janet T. Neff

DONALD VICTOR TREMAIN, JR. and
ANTHONY MICHAEL TREMAIN,

       Defendants.
_____/

**ORDER DENYING MOTION TO MODIFY BOND**

Pending before the court is a motion by defendants Donald Victor Tremain, Jr. and Anthony Michael Tremain to modify bond conditions to allow them to travel to Iraq (docket no. 30). For the reasons more fully explained on the record at a hearing held this date, the motion is DENIED.

IT IS SO ORDERED.

Dated:  September 30, 2008                        /s/ Hugh W. Brenneman, Jr.
                                                               HUGH W. BRENNEMAN, JR.
                                                               United States Magistrate Judge