UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                 Case No. 1:08-CR-230

v.                                           Hon. Janet T. Neff

DONALD VICTOR TREMAIN,

        Defendant.
_____/

**ORDER GRANTING MOTION TO MODIFY BOND**

Pending before the court is a motion by defendant Donald Victor Tremain to modify his conditions of bond to allow for travel to the State of Louisiana for employment purposes (docket no. 52). The motion is unopposed. Upon due consideration, the motion is GRANTED and defendant's bond is amended to allow him to travel to the state of Louisiana. He shall remain in contact with the Pretrial Services office as that office requires, and all other provisions of the present bond shall remain in effect.

        IT IS SO ORDERED.


Dated: November 17, 2008                          /s/ Hugh W. Brenneman, Jr.
                                                      HUGH W. BRENNEMAN, JR.
                                                      United States Magistrate Judge